B6A (Official Form 6A) (12/07)

In re    **Fusella Group, LLC**                                                                Case No. _____

                                                                 Debtor

## SCHEDULE A - REAL PROPERTY

    Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |
| | | Sub-Total > | 0.00 | (Total of this page) |
| | | Total > | 0.00 | |

  **0**  continuation sheets attached to the Schedule of Real Property           (Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    Fusella Group, LLC                                                    Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community — H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>All Points Capital Corp.<br>275 Broad Hollow Road<br>Melville, NY 11747 | | - | Lien on various trucks and related machinery and equipment<br><br>Value $ Unknown | | X | | 1,580,052.10 | Unknown |
| Account No.<br><br>American Premium Finance (FSB)<br>P.O. Box 66501<br>Saint Louis, MO 63166 | | - | Insurance Premium Finance<br><br>Lien on unearned premiums<br><br>Value $ Unknown | | | | 184,525.00 | Unknown |
| Account No.<br><br>Butler Capital Corporation<br>215 Schilling Circle<br>Suite 100<br>Hunt Valley, MD 21031 | | - | 2007 Mack truck (2006CV713)<br><br>Value $ Unknown | | X | | 227,019.64 | Unknown |
| Account No.<br><br>Ford Credit Corp.<br>P.O. Box 220564<br>Pittsburgh, PA 15257 | | - | Lien on various trucks<br><br>Value $ Unknown | | X | | 29,074.71 | Unknown |
| __1__ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | 2,020,671.45 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re  Fusella Group, LLC                                                      Case No. _____
                                       Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Lakeland Bank/Equip. Leasing<br>166 Changebridge Road<br>P.O. Box 425<br>Montville, NJ 07045 | - | | Lien on various dump trucks<br><br><br>Value $                          Unknown | | X | | 617,156.96 | Unknown |
| Account No.<br><br>M & T Bank<br>P.O. Box 37258<br>Baltimore, MD 21203 | - | | Lien on pick-up trucks<br><br><br>Value $                          Unknown | | X | | 45,000.00 | Unknown |
| Account No.<br><br>Saddle River Valley Bank<br>171 East Saddle River Road<br>Saddle River, NJ 07458 | - | | Blanket lien on all assets subject only to purchase money lien on specific truck<br><br>Value $                          Unknown | | X | | 550,000.00 | Unknown |
| Account No.<br><br>Sterling National Bank<br>500 Seventh Avenue<br>11th Floor<br>New York, NY 10018 | - | | Lien on equipment<br><br><br>Value $                          Unknown | | X | | 59,683.91 | Unknown |
| Account No.<br><br><br><br> | | | <br><br><br>Value $ | | | | | |

Sheet 1 of 1 continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)    1,271,840.87    0.00

Total (Report on Summary of Schedules)    3,292,512.32    0.00

B6F (Official Form 6F) (12/07)

In re  Fusella Group, LLC                                    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community - H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>921 Welco CGI Gas Tech LLC<br>P.O. Box 7777<br>Philadelphia, PA 19175 | | - | Trade debt | | | | 685.52 |
| Account No.<br><br>A Vintimilla Transport<br>90 Columbus Avenue<br>Belleville, NJ 07109 | | - | Trade debt | | | | 3,382.95 |
| Account No.<br><br>Alamo Trucking Services, LLC<br>953 Lafayette Street, Fl. 1<br>Elizabeth, NJ 07201 | | - | Trade debt | | | | 2,928.12 |
| Account No.<br><br>American Hose & Hydraulics<br>700 21st Street<br>Paterson, NJ 07513 | | - | Trade debt | | | | 142.54 |
| _12_ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | 7,139.13 |

B6F (Official Form 6F) (12/07) - Cont.

In re  Fusella Group, LLC                                                        Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> American Mobile Glass of NJ <br> 35 Oak Ridge Road <br> Newfoundland, NJ 07435 | | - | Trade debt | | | | 868.26 |
| Account No. <br><br> Aurelio Chicas/Raymond Majewsk <br> 287 South Plainfield Avenue <br> South Plainfield, NJ 07080 | | - | Trade debt | | | | 17,499.96 |
| Account No. <br><br> Belmor Contractors, LLC <br> 157 Adams Street <br> Newark, NJ 07105 | | - | Trade debt | | | | 13,708.48 |
| Account No. <br><br> Bristol Donald Co. <br> 50 Roanoke Avenue <br> Newark, NJ 07105 | | - | Trade debt | | | | 2,409.83 |
| Account No. <br><br> Check Mate <br> P.O. Box 41582 <br> Providence, RI 02940 | | - | Trade debt | | | | 86.05 |

Sheet no. __1__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **34,572.58**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Fusella Group, LLC**                                         Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Cintas Corporation<br>546 Green Lane<br>Union, NJ 07083 | - | | Trade debt | | | | 122.02 |
| Account No.<br><br>Cintas Corporation #111<br>546 Green Lane<br>Union, NJ 07083 | - | | Trade debt | | | | 1,588.08 |
| Account No.<br><br>Cintas First Aid & Safety<br>1705 Route 46 West Unit F<br>Ledgewood, NJ 07852 | - | | Trade debt | | | | 161.63 |
| Account No.<br><br>CJS<br>1421 Hamlin Highway<br>Lake Ariel, PA 18436 | - | | Trade debt | | | | 2,450.72 |
| Account No.<br><br>Corporate Billing, Inc.<br>P.O. Box 2257<br>Decatur, AL 35609 | - | | Trade debt | | | | 2,137.22 |

Sheet no. __2__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **6,459.67**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Fusella Group, LLC**                                              Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Criminal Court - City of NY<br>215 E. 161st Street | | - | Trade debt | | | | 200.00 |
| Account No.<br><br>Cutson Bandag<br>401 East Linden Avenue<br>Linden, NJ 07036 | | - | Trade debt | | | | 4,266.88 |
| Account No.<br><br>DCN Landscape Construction<br>36 Hillside Terrace<br>Livingston, NJ 07039 | | - | Trade debt | | | | 1,027.20 |
| Account No.<br><br>DI Ventures<br>P.O. Box 551<br>Mount Freedom, NJ 07970 | | - | Trade debt | | | | 9,503.50 |
| Account No.<br><br>Dunellen Auto Glass<br>148 North Avenue<br>Dunellen, NJ 08812 | | - | Trade debt | | | | 912.71 |

Sheet no. __3__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **15,910.29**

B6F (Official Form 6F) (12/07) - Cont.

In re  Fusella Group, LLC
_____
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>EBF Enterprises LLC<br>171 W. Main STreet, Ste. 7<br>Rockaway, NJ 07866 | | - | Trade debt | | | | 2,292.36 |
| Account No.<br><br>Emergency Medical Associates<br>P.O. Box 717<br>Livingston, NJ 07039 | | - | Trade debt | | | | 313.00 |
| Account No.<br><br>Exxon Mobil<br>P.O. Box 5727<br>Carol Stream, IL 60197 | | - | Trade debt | | | | 2,868.04 |
| Account No.<br><br>Fastenal<br>P.O. Box 978<br>Winona, MN 55987 | | - | Trade debt | | | | 3,519.62 |
| Account No.<br><br>FJB Transport<br>2016 So. Delaware Drive<br>Mount Bethel, PA 18343 | | - | Trade debt | | | | 12,173.30 |
| Sheet no. 4 of 12 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal<br>(Total of this page) | | 21,166.32 |

B6F (Official Form 6F) (12/07) - Cont.

In re  Fusella Group, LLC                                              Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Ford Credit<br>Box 220564<br>Pittsburgh, PA 15257 | - | | Trade debt | | | | 698.00 |
| Account No.<br><br>Frederick C. Meola<br>P.O. Box 96<br>Cedar Knolls, NJ 07927 | - | | Trade debt | | | | 2,350.00 |
| Account No.<br><br>G&J Trucking, Inc.<br>8978 15th Avenue<br>Brooklyn, NY 11228 | - | | Trade debt | | | | 1,096.58 |
| Account No.<br><br>G.I.B.S. d/b/a Delta Gas<br>400 West Mount Pleasant Avenue | - | | Trade debt | | | | 98,000.00 |
| Account No.<br><br>Gabrielli Truck<br>Box 512569<br>Philadelphia, PA 19175 | - | | Trade debt | | | | 5,462.75 |

Sheet no. __5__ of __12__ sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page) **107,607.33**

B6F (Official Form 6F) (12/07) - Cont.

In re  Fusella Group, LLC
_____,
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>H&H Mack Sales Inc.<br>80 Green Pond Road | | - | Trade debt | | | | 12,966.53 |
| Account No.<br><br>Home Depot Credit Services<br>P.O. Box 6029 | | - | Trade debt | | | | 20,353.84 |
| Account No.<br><br>Intercity Tire<br>777 Dowd Avenue<br>Elizabeth, NJ 07201 | | - | Trade debt | | | | 5,626.53 |
| Account No.<br><br>Jensen & Mitchell, Inc.<br>477 Straight Street<br>Paterson, NJ 07501 | | - | Trade debt | | | | 3,340.25 |
| Account No.<br><br>Jersey Central Power & Light<br>P.O. Box 3687<br>Akron, OH 44309 | | - | Trade debt | | | | 92.83 |

Sheet no. __6__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  42,379.98

B6F (Official Form 6F) (12/07) - Cont.

In re  Fusella Group, LLC  
_____  
Debtor

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>John A. Rocco Co., Inc.<br>17 Hanover Road | | - | Trade debt | | | | 600.00 |
| Account No.<br><br>Klein's Automotive Parts, Inc.<br>P.O. Box 4279<br>Linden, NJ 07036 | | - | Trade debt | | | | 15,136.62 |
| Account No.<br><br>Lawson Products, Inc.<br>2689 Payspere Circle<br>Chicago, IL 60674 | | - | Trade debt | | | | 1,625.33 |
| Account No.<br><br>Local 282 International Funds<br>2500 Marcus Avenue<br>Lake Success, NY 11042 | | - | Pension and welfare contributions | | X | X | 700,000.00 |
| Account No.<br><br>M&K Tire Solutions, Inc.<br>P.O. Box 3154<br>Wayne, NJ 07474 | | - | Trade debt | | | | 148.00 |

Sheet no. 7 of 12 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    717,509.95

B6F (Official Form 6F) (12/07) - Cont.

In re  **Fusella Group, LLC**                                                                   Case No. _____
                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> MCB Trucking <br> 45 Watsessing AVenue <br> Belleville, NJ 07109 | | - | Trade debt | | | | 31,404.80 |
| Account No. <br><br> McCarthy Tire Service Co., Inc <br> P.O. Box 1125 <br> Wilkes Barre, PA 18703 | | - | Trade debt | | | | 15,813.60 |
| Account No. <br><br> MDG Trucking <br> 464 Cortlandt Street <br> Belleville, NJ 07109 | | - | Trade debt | | | | 4,600.94 |
| Account No. <br><br> MGM Auto Body Tool & Supply Co <br> 344 Wagaraw Road <br> Hawthorne, NJ 07506 | | - | Trade debt | | | | 2,389.05 |
| Account No. <br><br> Mobile Storage <br> P.O. Box 10999 <br> Burbank, CA 91510 | | - | Trade debt | | | | 101.86 |

Sheet no. __8__ of __12__ sheets attached to Schedule of                          Subtotal
Creditors Holding Unsecured Nonpriority Claims                             (Total of this page)     54,310.25

B6F (Official Form 6F) (12/07) - Cont.

In re  **Fusella Group, LLC**                                              Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>MTC Kenworth<br>239-77 Bergen Turnpike<br>Ridgefield Park, NJ 07660 | - | | Trade debt | | | | 9,847.50 |
| Account No.<br><br>Munoz Trucking<br>138 Overlook Avenue<br>Belleville, NJ 07109 | - | | Trade debt | | | | 114,956.04 |
| Account No.<br><br>Napa Auto Parts<br>26 Watchung Avenue<br>Chatham, NJ 07928 | - | | Trade debt | | | | 184.68 |
| Account No.<br><br>NBC Trucking, Inc.<br>63 Lodi Street<br>Hackensack, NJ 07601 | - | | Trade debt | | | | 2,687.66 |
| Account No.<br><br>New Jersey Lubeoil LLC<br>42 Rumsey Road<br>East Hartford, CT 06108 | - | | Trade debt | | | | 6,028.71 |

Sheet no. **9** of **12** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **133,704.59**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Fusella Group, LLC**                                                    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Pardo's Truck Service<br>Lock Box 822256<br>Philadelphia, PA 19182 | - | | Trade debt | | | | 6,097.40 |
| Account No.<br><br>R.R.Z. Trucking Co., LLC<br>1254 Carlton Terrace<br>Union, NJ 07083 | - | | Trade debt | | | | 13,697.44 |
| Account No.<br><br>RJD Trucking<br>332 Texas Road<br>Morganville, NJ 07751 | - | | Trade debt | | | | 2,562.88 |
| Account No.<br><br>Sprint Wireless<br>P.O. Box 54977<br>Los Angeles, CA 90054 | - | | Trade debt | | | | 3,818.91 |
| Account No.<br><br>Staples<br>P.O. Box 689020<br>Des Moines, IA 50368 | - | | Trade debt | | | | 1,183.24 |

Sheet no. __10__ of __12__ sheets attached to Schedule of                           Subtotal
Creditors Holding Unsecured Nonpriority Claims                                (Total of this page)    **27,359.87**

B6F (Official Form 6F) (12/07) - Cont.

In re  Fusella Group, LLC
_____,
                    Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Suffolk TVB<br>250 Vets Memorial Hwy | | - | Trade debt | | | | 1,750.00 |
| Account No.<br><br>Superior Distributors<br>4 Midland Avenue<br>Elmwood Park, NJ 07407 | | - | Trade debt | | | | 12,810.32 |
| Account No.<br><br>Tapia Trucking LLC<br>4 Irving Place<br>Nutley, NJ 07110 | | - | Trade debt | | | | 10,818.85 |
| Account No.<br><br>Tarter Krinsky & Drogin LLP<br>1350 Broadway<br>New York, NY 10018 | | - | Trade debt | | | | 1,500.00 |
| Account No.<br><br>Valerie A. Wieczorek, Esq., PC<br>300 Garden City Plaza, Ste 234 | | - | Trade debt | | | | 20,380.00 |

Sheet no. __11__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    47,259.17

B6F (Official Form 6F) (12/07) - Cont.

In re  Fusella Group, LLC                                          Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Vehicle Tracking Solutions<br>10 East 5th Street<br>Deer Park, NY 11729 | | - | Trade debt | | | | 9,620.00 |
| Account No.<br><br>Verizon<br>P.O. Box 4833<br>Trenton, NJ 08650 | | - | Trade debt | | | | 384.63 |
| Account No.<br><br>Zelia Trucking<br>175 Jordan Road<br>Colonia, NJ 07067 | | - | Trade debt | | | | 7,956.43 |
| Account No.<br><br>Zurich-American<br>One Tower Square<br>Kilauea, HI 96754 | | - | Trade debt | | | | 7,829.00 |
| Account No. | | | | | | | |

Sheet no. __12__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): 25,790.06

Total (Report on Summary of Schedules): 1,241,169.19

B6G (Official Form 6G) (12/07)

In re  Fusella Group, LLC                                          Case No. _____

                                            Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Craig Gasperine<br>40 DeForest Avenue<br>East Hanover, NJ 07936 | Non-Residential Real Property Lease |
| Local 282 International Funds<br>2500 Marcus Avenue<br>Lake Success, NY 11042 | Collective Bargaining Agreement |

    0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases