UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
In re                                                        :   Chapter 11
                                                             :
FUSELLA GROUP, LLC.,                                         :   Case No. 08-14360(AJG)
                                                             :
                    Debtor.                                  :
------------------------------------------------------------ x

## OPERATING STATEMENT FOR THE PERIOD
## NOVEMBER 4, 2008 TO NOVEMBER 30, 2008

DEBTOR'S ADDRESS:    1201 Elder Avenue
                     Bronx, NY 10472
                         and
                     40 DeForest Avenue
                     East Hanover, NJ 07936


                     MONTHLY DISBURSEMENTS: $ 548,256.07

DEBTOR'S ATTORNEY:   SCOTT S. MARKOWITZ

REPORT PREPARER:     Joseph A. Mazziotti

                     MONTHLY OPERATING PROFIT (LOSS): $   (133,836.00)

REPORT PREPARED BY:  Joseph A. Mazziotti

THIS OPERATING STATEMENT MUST BE SIGNED BY A REPRESENTATIVE OF THE DEBTOR.

   THE UNDERSIGNED, HAVING REVIEWED THE ATTACHED REPORT AND BEING FAMILIAR WITH THE DEBTOR'S FINANCIAL AFFAIRS, VERIFIED UNDER THE PENALTY OF PERJURY, THAT THE INFORMATION CONTAINED THEREIN IS COMPLETE, ACCURATE AND TRUTHFUL TO THE BEST OF MY KNOWLEDGE.


DATE: January 8, 2009                 By:   /s/ Vincent J. Fusella, Jr
                                            Vincent J. Fusella, Jr.


INDICATE IF THIS IS AN AMENDED STATEMENT BY CHECKING HERE: [ ]

{Client\002540\BANK119\00169159.DOC;1}

# FUSELLA GROUP, LLC
# (DEBTOR IN POSSESSION)
# BALANCE SHEET
# NOVEMBER 30, 2008

### ASSETS

Current Assets
| | | |
|---|---:|---:|
| Cash | $ 356,507.43 | |
| Accounts Receivable | 1,006,854.61 | |
| Employee Advances | 10,180.88 | |
| Total Current Assets | | $ 1,373,542.92 |
| Property and Equipment - Net | | 3,004,397.29 |
| **TOTAL ASSETS** | | **$ 4,377,940.21** |

### LIABILITIES AND MEMBERS' DEFICIT

Liabilities not subject to Compromise
| | | |
|---|---:|---:|
| Accounts payable | $ 17,115.61 | |
| Accrued union dues payable | 64,938.00 | |
| Union dues withheld (checkoff) | 8,252.73 | |
| | | $ 90,306.34 |

Liabilities subject to Compromise
| | | |
|---|---:|---:|
| Operating line of credit | 390,000.00 | |
| Accounts payable | 1,093,006.78 | |
| Accrued union dues payable | 753,602.83 | |
| Notes payable - current | 721,275.88 | |
| Payroll liabilities | 251,064.51 | |
| Union dues withheld (checkoff) | 124,696.51 | |
| Notes payable - non-current | 2,065,979.81 | |
| | | 5,399,626.32 |

| | |
|---|---:|
| Total Liabilities | 5,489,932.66 |
| Members' deficit | (1,111,992.45) |
| **TOTAL LIABILITIES AND MEMBERS' DEFICIT** | **$ 4,377,940.21** |

# FUSELLA GROUP, LLC
## (DEBTOR IN POSSESSION)
## STATEMENT OF OPERATIONS AND ACCUMULATED MEMBERS' DEFICIT
## PERIOD NOVEMBER 4, 2008 - NOVEMBER 30, 2008

| | | |
|---|---:|---:|
| Transportation revenue | | $ 323,083.00 |
| Cost of Transportation | | |
|     Job Related Labor Costs | | |
|         Job Labor (Gross Wages) | $ 104,498.77 | |
|         Fuel | 67,231.04 | |
|         Parts | 26,057.90 | |
|         Repairs & Maintenance | 2,472.71 | |
|         Tires | 3,350.00 | |
|         Tolls | 49,000.00 | |
|         Towing | 5,978.97 | |
|         Vehicle Registration | 320.00 | |
|         Violations | 2,984.67 | |
|         Trucking Expenses - Other | 8,072.36 | |
| Total costs of transportation | | $ 269,966.42 |
| Gross Profit | | 53,116.58 |

# FUSELLA GROUP, LLC
## (DEBTOR IN POSSESSION)
## STATEMENT OF OPERATIONS AND ACCUMULATED MEMBERS' DEFICIT
## PERIOD NOVEMBER 4, 2008 - NOVEMBER 30, 2008

Operating expenses

| | |
|---|---:|
| Bank Service Charges | 2,240.65 |
| Computer and Internet Expenses | 160.50 |
| Contributions | 300.00 |
| Depreciation | 24,267.38 |
| Filing Fee | 25.00 |
| Gifts | 99.95 |
| Guaranteed Payments - G. Fusella | 14,000.00 |
| Guaranteed Payments - V. Fusella | 14,000.00 |
| Insurance Expense | 48,015.31 |
| Finance charge | 410.69 |
| Licenses and Permits | 67.00 |
| Loan Interest | 1,836.18 |
| Miscellaneous | 570.61 |
| Office Expense | 4,756.30 |
| Office Salary | 6,800.00 |
| Payroll Processing Fees | 970.19 |
| Postage and Delivery | 461.41 |
| Professional Fees | 250.00 |
| Radios | 1,992.45 |
| Rent | 7,606.29 |
| Payroll taxes | 9,923.07 |
| Telephone Expense | 693.33 |
| Tools & Machinery (under $500) | 1,600.00 |
| Travel & Entertainment | 1,655.52 |
| Uniform Cleaning | 588.60 |
| Union benefits expense | 64,938.00 |
| Utilities | 2,145.94 |
| Waste Removal | 845.49 |

| | |
|---|---:|
| Total operating expenses | 211,219.86 |
| NET LOSS | (158,103.28) |
| MEMBERS' DEFICIT - BEGINNING | (953,889.17) |
| **MEMBERS' DEFICIT - ENDING** | **$ (1,111,992.45)** |

# FUSELLA GROUP, LLC
## (DEBTOR IN POSSESSION)
## STATEMENT OF CASH FLOWS
## PERIOD NOVEMBER 4, 2008 TO NOVEMBER 30, 2008

CASH FLOWS FROM OPERATING ACTIVITIES

| | | |
|---|---:|---:|
| Net income | | $ (158,103.28) |
| ADJUSTMENT TO RECONCILE NET INCOME TO NET CASH PROVIDED BY OPERATING ACTIVITIES: | | |
| DEPRECIATION | $ 24,267.38 | |
| decrease in: | | |
| Accounts receivable | 324,008.10 | |
| Increase in: | | |
| Accounts payable | 18,431.52 | |
| Accrued union dues payable | 64,938.00 | |
| Union dues payable (checkoff) | 8,252.73 | |
| TOTAL ADJUSTMENTS TO NET INCOME | | $ 439,897.73 |
| NET CASH PROVIDED BY OPERATING ACTIVITIES | | 281,794.45 |
| | | |
| CASH FLOWS FROM FINANCING ACTIVITIES | | |
| Principal payments on notes payable | | (16,903.52) |
| NET CASH USED IN FINANCING ACTIVITIES | | (16,903.52) |
| | | |
| NET INCREASE IN CASH | | 264,890.93 |
| CASH - BEGINNING | | 91,616.50 |
| **CASH - ENDING** | | $ 356,507.43 |