UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
In re                                                    :    Chapter 11

FUSELLA GROUP, LLC.,                                     :    Case No. 08-14360(AJG)

                Debtor.                                :
-------------------------------------------------------- x

## OPERATING STATEMENT FOR THE PERIOD
## JANUARY 1, 2009 TO JANUARY 31, 2009

DEBTOR'S ADDRESS:    1201 Elder Avenue
                           Bronx, NY 10472
                               and
                           40 DeForest Avenue
                           East Hanover, NJ 07936

                           MONTHLY DISBURSEMENTS: $ 620,008.46

DEBTOR'S ATTORNEY:    SCOTT S. MARKOWITZ

REPORT PREPARER:    Joseph A. Mazziotti

                           MONTHLY OPERATING PROFIT (LOSS): $     (21,308.91)

REPORT PREPARED BY:    Joseph A. Mazziotti

THIS OPERATING STATEMENT MUST BE SIGNED BY A REPRESENTATIVE OF THE DEBTOR.

     THE UNDERSIGNED, HAVING REVIEWED THE ATTACHED REPORT AND BEING FAMILIAR WITH THE DEBTOR'S FINANCIAL AFFAIRS, VERIFIED UNDER THE PENALTY OF PERJURY, THAT THE INFORMATION CONTAINED THEREIN IS COMPLETE, ACCURATE AND TRUTHFUL TO THE BEST OF MY KNOWLEDGE.

DATE: March 3, 2009                       By:    /s/ Vincent J. Fusella, Jr.
                                                      Vincent J. Fusella, Jr.

INDICATE IF THIS IS AN AMENDED STATEMENT BY CHECKING HERE: [ ]

# FUSELLA GROUP, LLC
## (DEBTOR IN POSSESSION)
## BALANCE SHEET
## JANUARY 31, 2009

**ASSETS**

Current assets
- Cash $ 453.52
- Accounts receivable 1,345,781.12
- Employee advances 11,580.88

Total current assets $ 1,357,815.52

Property and equipment - net 2,945,283.02

**TOTAL ASSETS** $ 4,303,098.54

**LIABILITIES AND MEMBERS' DEFICIT**

Liabilities not subject to compromise
- Accounts payable - trade $ 148,788.98
- Accounts payable - professional fees 59,056.64
- Accrued pension and welfare fund contributions 133,800.33
- Union dues withheld (checkoff) 17,907.17

$ 359,553.12

Liabilities subject to compromise
- Operating line of credit 390,000.00
- Accounts payable - trade 796,071.00
- Accrued pension and welfare fund contributions 753,602.83
- Notes payable - current 721,275.88
- Payroll liabilities 251,064.51
- Union dues withheld (checkoff) 124,696.51
- Notes payable - non-current 1,931,173.96

4,967,884.69

Total liabilities 5,327,437.81

Members' deficit (1,024,339.27)

**TOTAL LIABILITIES AND MEMBERS' DEFICIT** $ 4,303,098.54

# FUSELLA GROUP, LLC
## (DEBTOR IN POSSESSION)
### STATEMENT OF OPERATIONS AND ACCUMULATED MEMBERS' DEFICIT
### PERIOD JANUARY 1 - JANUARY 31, 2009

| | | |
|---|---:|---:|
| Transportation revenue | | $ 545,332.91 |
| Cost of transportation | | |
|    Job related labor costs | | |
|       Job labor (gross wages) | $ 134,956.08 | |
|       Salt | 12,151.60 | |
|       Fuel | 65,366.83 | |
|       Parts | 38,863.30 | |
|       Repairs & Maintenance | 4,347.40 | |
|       Road & fuel tax | 88.88 | |
|       Tires | 6,746.87 | |
|       Tolls | 38,425.00 | |
|       Towing | 6,163.56 | |
|       Violations | 10,219.00 | |
|       Trucking expenses - other | 6,933.31 | |
| Total costs of transportation | | $ 324,261.83 |
| Gross profit | | 221,071.08 |

Page 1 of 2

# FUSELLA GROUP, LLC
## (DEBTOR IN POSSESSION)
### STATEMENT OF OPERATIONS AND ACCUMULATED MEMBERS' DEFICIT
### PERIOD JANUARY 1 - JANUARY 31, 2009

Operating expenses

| | | |
|---|---:|---:|
| Advertising | 442.00 | |
| Automobile expense | 3,947.54 | |
| Bank service charges | 140.00 | |
| Cleaning | 70.00 | |
| Depreciation | 31,251.72 | |
| Drug Testing | 915.00 | |
| Filing Fee | 57.00 | |
| Garnishment | 266.85 | |
| Guaranteed payments - G. Fusella | 17,500.00 | |
| Guaranteed payments - V. Fusella | 17,500.00 | |
| Insurance | 35,000.33 | |
| Internet access fee | 154.13 | |
| Loan interest (equipment financing) | 5,488.22 | |
| Miscellaneous | 68.46 | |
| Office | 9,930.22 | |
| Office salary | 4,800.00 | |
| Payroll processing fees | 487.50 | |
| Postage and delivery | 520.69 | |
| Professional fees | 6,940.00 | |
| Rent | 14,703.28 | |
| Repairs and maintenance | 8,065.12 | |
| Safety training | 1,250.00 | |
| Snow plowing | 2,700.00 | |
| Payroll taxes | 18,905.28 | |
| Telephone | 3,709.65 | |
| Tools & machinery (under $500) | 1,200.00 | |
| Uniform cleaning | 937.20 | |
| Travel & entertainment | 4,000.00 | |
| Pension and welfare fund contributions | 79,652.70 | |
| Utilities | 3,028.81 | |
| Total operating expenses | | 273,631.70 |
| NET LOSS | | (52,560.62) |
| MEMBERS' DEFICIT - JANUARY 1, 2009 | | (967,616.71) |
| PRE 11/4/08 - CHANGE IN EQUITY | | (4,161.94) |
| **MEMBERS' DEFICIT - JANUARY 31, 2009** | | **$ (1,024,339.27)** |

# FUSELLA GROUP, LLC
# (DEBTOR IN POSSESSION)
# STATEMENT OF CASH FLOWS
# PERIOD JANUARY 1 - JANUARY 31, 2009

CASH FLOWS FROM OPERATING ACTIVITIES

| | | |
|---|---:|---:|
| Net loss | | $ (52,560.62) |
| ADJUSTMENT TO RECONCILE NET INCOME TO NET CASH PROVIDED BY OPERATING ACTIVITIES: | | |
| DEPRECIATION | $ 31,251.72 | |
| Prior adjustment | (4,161.94) | |
| decrease (increase) in: | | |
|   Accounts receivable | (378,074.53) | |
|   Employee advances | | |
| Increase in: | | |
|   Accounts payable | 82,405.30 | |
|   Accrued pension and welfare fund contributions | 14,714.70 | |
|   Union dues payable (checkoff) | 2,717.37 | |
| TOTAL ADJUSTMENTS TO NET INCOME | | (251,147.38) |
| NET CASH PROVIDED BY OPERATING ACTIVITIES | | (303,708.00) |

CASH FLOWS USED IN FINANCING ACTIVITIES

| | |
|---|---:|
| Principal payments on notes payable | (9,964.27) |
| NET CASH USED IN FINANCING ACTIVITIES | (9,964.27) |
| NET DECREASE IN CASH | (313,672.27) |
| CASH - JANUARY 1, 2009 (BEGINNING) | 314,125.79 |
| **CASH - JANUARY 31, 2009 (ENDING)** | $ 453.52 |