UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
In re                                                   :   Chapter 11

FUSELLA GROUP, LLC.,                                    :   Case No. 08-14360(AJG)

            Debtor.                                :
------------------------------------------------------- x

## OPERATING STATEMENT FOR THE PERIOD
## FEBRUARY 1, 2009 TO FEBRUARY 28, 2009

DEBTOR'S ADDRESS:     1201 Elder Avenue
                     Bronx, NY 10472
                           and
                     40 DeForest Avenue
                     East Hanover, NJ 07936


                     MONTHLY DISBURSEMENTS: $ 677,319.49

DEBTOR'S ATTORNEY:   SCOTT S. MARKOWITZ

REPORT PREPARER:     Joseph A. Mazziotti

                     MONTHLY OPERATING PROFIT (LOSS): $ (7,162.53)

REPORT PREPARED BY:  Joseph A. Mazziotti

THIS OPERATING STATEMENT MUST BE SIGNED BY A REPRESENTATIVE OF THE DEBTOR.

    THE UNDERSIGNED, HAVING REVIEWED THE ATTACHED REPORT AND BEING FAMILIAR WITH THE DEBTOR'S FINANCIAL AFFAIRS, VERIFIED UNDER THE PENALTY OF PERJURY, THAT THE INFORMATION CONTAINED THEREIN IS COMPLETE, ACCURATE AND TRUTHFUL TO THE BEST OF MY KNOWLEDGE.

DATE: April 1, 2009                    By:  /s/ Vincent J. Fusella, Jr.
                                            Vincent J. Fusella, Jr.


INDICATE IF THIS IS AN AMENDED STATEMENT BY CHECKING HERE: [ ]

{Client\002540\BANK119\00187101.DOC;1}

## (DEBTOR IN POSSESSION)
## BALANCE SHEET
## FEBRUARY 28, 2009

### ASSETS

Current assets
    Cash      $ 9,123.95
    Accounts receivable      1,220,605.40
    Employee advances      11,510.88

Total current assets      $ 1,241,240.23

Property and equipment - net      $ 2,917,055.66

TOTAL ASSETS      $ 4,158,295.89

### LIABILITIES AND MEMBERS' DEFICIT

Liabilities not subject to compromise
    Accounts payable - trade      $ 158,457.00
    Accounts payable - professional fees      60,903.55
    Accrued pension and welfare fund contributions      54,362.00
    Union dues withheld (checkoff)      7,589.00
     $ 281,311.55

Liabilities subject to compromise
    Operating line of credit      390,000.00
    Accounts payable - trade      777,592.77
    Accrued pension and welfare fund contributions      753,602.83
    Notes payable - current      721,275.88
    Payroll liabilities      251,064.51
    Union dues withheld (checkoff)      124,696.51
    Notes payable - non-current      1,918,481.00
     4,936,713.50

Total liabilities      5,218,025.05

Members' deficit      (1,059,729.16)

TOTAL LIABILITIES AND MEMBERS' DEFICIT      $ 4,158,295.89

## FUSELLA GROUP, LLC
## (DEBTOR IN POSSESSION)
## STATEMENT OF OPERATIONS AND ACCUMULATED MEMBERS' DEFICIT
## PERIOD FEBRUARY 1 - FEBRUARY 28, 2009

| | | |
|---|---:|---:|
| Transportation revenue | | $ 402,726.31 |
| Cost of transportation | | |
| Job labor (gross wages) | $ 67,614.76 | |
| Fuel | 99,972.87 | |
| Tolls | 36,600.00 | |
| Parts | 26,206.36 | |
| Violations | 10,245.20 | |
| Trucking expenses - other | 8,061.95 | |
| Towing | 7,781.74 | |
| Tires | 7,494.88 | |
| Salt | 7,298.64 | |
| Subcontractors | 4,578.76 | |
| Repairs & Maintenance | 4,347.40 | |
| Total costs of transportation | | $ 280,202.56 |
| Gross profit | | 122,523.75 |

04/01/2009 07:37 FAX 9738840855    FUSELLA GROUP LLC    ☑005/006
08-14360-ajg    Doc 78    Filed 04/01/09    Entered 04/01/09 14:17:01    Main Document
MAR-31-2009 15:07    TARTER KRINSKY & DROGIN    Pg 4 of 5    212 216 8001    P.005

# FUSELLA GROUP, LLC
## (DEBTOR IN POSSESSION)
### STATEMENT OF OPERATIONS AND ACCUMULATED MEMBERS' DEFICIT
### PERIOD FEBRUARY 1 - FEBRUARY 28, 2009

Operating expenses

| | |
|---|---:|
| Pension and welfare fund contributions | 32,221.63 |
| Depreciation | 28,227.36 |
| Guaranteed payments - G. Fusella | 14,000.00 |
| Guaranteed payments - V. Fusella | 13,000.00 |
| Office salary | 10,742.31 |
| Repairs and maintenance | 10,113.60 |
| Payroll taxes | 9,985.54 |
| Rent | 7,300.71 |
| Loan interest (equipment financing) | 5,439.27 |
| Office | 4,603.12 |
| Automobile expense | 3,947.54 |
| Telephone | 3,609.34 |
| Permits and licenses | 2,950.00 |
| Professional fees | 2,290.00 |
| Insurance | 2,016.79 |
| Utilities | 1,993.81 |
| Tools & machinery (under $500) | 1,518.47 |
| Payroll processing fees | 1,306.72 |
| Uniform cleaning | 927.92 |
| Postage and delivery | 907.23 |
| Bank service charges | 654.00 |
| Waste removal | 477.12 |
| Filing Fee | 339.00 |
| Travel & entertainment | 283.28 |
| Internet access fee | 154.63 |
| Garnishment | 150.35 |
| Cleaning | 140.00 |
| Storage | 118.39 |
| Drug Testing | 61.70 |

Total operating expenses      159,418.13

NET LOSS      (35,389.89)

MEMBERS' DEFICIT - FEBRUARY 1, 2009      (1,024,339.27)

MEMBERS' DEFICIT - FEBRUARY 28, 2009      $ (1,059,729.16)

04/01/2009 07:37 FAX 9738840855  FUSELLA GROUP LLC  @006/006
08-14360-ajg  Doc 78  Filed 04/01/09  Entered 04/01/09 14:17:01  Main Document
MAR-31-2009 15:07  TARTER KRINSKY & DROGIN  Pg 5 of 5  212 216 8001  P.006

# FUSELLA GROUP, LLC
## (DEBTOR IN POSSESSION)
## STATEMENT OF CASH FLOWS
## PERIOD FEBRUARY 1 - FEBRUARY 28, 2009

**CASH FLOWS FROM OPERATING ACTIVITIES**

| | | |
|---|---:|---:|
| Net loss | | $ (35,389.89) |
| ADJUSTMENT TO RECONCILE NET INCOME TO NET CASH PROVIDED BY OPERATING ACTIVITIES: | | |
| DEPRECIATION | $ 28,227.36 | |
| Prior adjustment | | |
| Decrease (increase) in: | | |
|   Accounts receivable | 125,175.72 | |
|   Employee advances | 70.00 | |
| Increase (decrease) in: | | |
|   Accounts payable | (8,810.21) | |
|   Accounts payable – professional fees | 1,846.91 | |
|   Accrued pension and welfare fund contributions | (79,438.33) | |
|   Union dues payable (checkoff) | (10,318.17) | |
| TOTAL ADJUSTMENTS TO NET INCOME | | 56,753.28 |
| NET CASH PROVIDED BY OPERATING ACTIVITIES | | 21,363.39 |

**CASH FLOWS USED IN FINANCING ACTIVITIES**

| | |
|---|---:|
| Principal payments on notes payable | (12,692.96) |
| NET CASH USED IN FINANCING ACTIVITIES | (12,692.96) |
| NET INCREASE IN CASH | 8,670.43 |
| CASH – FEBRUARY 1, 2009 (BEGINNING) | 453.52 |
| CASH – FEBRUARY 28, 2009 (ENDING) | $ 9,123.95 |